ARMAND MARCUCILLI et al., Respondents, *v.* JOHN NICHOLS, Appellant, et al., Defendants.

Submitted April 3, 1950; decided April 6, 1950.

*Samuel La Rosa* for motion.

*Melvel W. Snitow* and *Sydney Snitow* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution.